■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY LOWERY, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Coffinas, J.), rendered April 27, 1983, convicting him of attempted robbery in the second degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). O'Connor, J. P., Weinstein, Lawrence and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLEN MACK, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered October 28, 1981, convicting him of attempted burglary in the third degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

The plea minutes herein clearly reveal that prior to accepting defendant's guilty plea the court informed him that "[y]ou also understand if it develops you have a prior felony conviction additional time will be involved". Defendant cannot now claim that he was not so advised by the court, or that the court violated the plea agreement when it imposed the "additional time" once it learned defendant indeed had "a prior felony conviction".

We have examined defendant's remaining contentions and find them to be without merit. Titone, J. P., Mangano, Gibbons and O'Connor, JJ., concur.